JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OYUKI ACOSTA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FAMILY DOLLAR, et al.,<br><br>　　　　Defendants. | Case No. CV 25-5868-MWF(AJRx)<br><br>ORDER GRANTING STIPULATION TO REMAND MATTER TO STATE COURT FOR PURPOSE OF FILING STATE COURT EXPEDITED PETITION FOR MINOR'S COMPROMISE |

The Court has considered the parties' Stipulation to Remand Matter to State Court for Purpose of Filing State Court Expedited Petition for Minor's Compromise (the "Stipulation"). (Docket No. 28). For good cause shown, the Stipulation is GRANTED, and the Court ORDERS as follows:

1. This action is REMANDED to the Superior Court of California, County of Los Angeles, Case No. 25AVCV00002, for the sole purpose of allowing minor Plaintiff V.A. to file a Petition for Expedited Approval of Compromise of Claim or Action of Disposition of Proceeds of Judgment for Minor or Person with a Disability in the State Court to effectuate the settlement of this matter.

2. All pending dates and deadlines in this action are VACATED.

///

3. If the settlement is not approved by the State Court as expected by the parties, Defendant shall be permitted to remove the action to Federal Court again without penalty.

IT IS SO ORDERED.

Dated: December 1, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge